1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Richard R. Barker
4  Michael J. Ellis
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

8               UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF WASHINGTON

10 | UNITED STATES OF AMERICA,          | Case No.: 2:22-cr-00157-TOR-1
11 |
12 |                Plaintiff,          | Motion for Detention
13 |          v.
14 |
   | ZACHARY L. HOLT,
15 |
16 |                Defendant.

17        The United States moves for pretrial detention of the Defendant, pursuant to

18

19  18 U.S.C. § 3142(e) and (f).

20        1.    Eligibility of Case

21

22        This case is eligible for a detention order because the case involves (check

23  one or more):

24

25        ☒    Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which

26  includes any felony under Chapter 77, 109A, 110 and 117);

27

28        ☐    A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

☐      An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum

penalty of 10 years or more;

☒      Maximum penalty of life imprisonment or death;

☐      Drug offense with maximum penalty of 10 years or more;

☐      Felony, with two prior convictions in above categories;

☒      Felony that involves a minor victim or that involves the possession or

use of a firearm or destructive device as those terms are defined in 18 U.S.C.

§ 921, or any other dangerous weapon, or involves a failure to register under

18 U.S.C. § 2250;

☐      A serious risk the Defendant will flee; and

☐      A serious risk the Defendant will obstruct or attempt to obstruct

justice.

2.      <u>Reason for Detention</u>

The Court should detain the Defendant because there is no condition or

combination of conditions which will reasonably assure (check one or both):

☒      The Defendant's appearance as required; or

☒      The safety of any other person and the community.

Motion for Detention - 2

3.      Rebuttable Presumption.

The United States

⊠      will

☐      will not

invoke the rebuttable presumption against the Defendant under 18 U.S.C.

§ 3142(e).

If the United States is invoking the presumption, it applies because there is

probable cause to believe the Defendant committed:

☐      Drug offense with maximum penalty of 10 years or more;

⊠      An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐      An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum

term of imprisonment of 10 years or more is prescribed;

☐      An offense under chapter 77 of Title 18, United States Code, for

which a maximum term of imprisonment of 20 years or more is prescribed;

☐      An  offense involving  a minor victim under 18 U.S.C. §§ 1201, 1591,

2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),

2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or

2425;

☐      Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

Motion for Detention - 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.    <u>Time for Detention Hearing</u>

The United States requests that the Court conduct the detention hearing:

☐    At the first appearance, or

☒    After a continuance of three days.

5.    <u>No Contact Order</u>

The United States further requests, in addition to pretrial confinement, that

the Defendant be subject to the following condition:

The Defendant shall have no contact whatsoever, direct or indirect, with any

persons the Defendant knows or reasonably should know are or may become a

victim or potential witness in the subject investigation or prosecution. Prohibited

forms of contact include, but are not limited to, telephone, mail, email, text, video,

social media, and/or any contact through any third person or parties.

Dated:  November 8, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Michael J. Ellis*
Michael J. Ellis
Assistant United States Attorney

Motion for Detention - 4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 8, 2022, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to Defendant's counsel of record, if any have been

appointed or retained.

<u>*s/ Michael J. Ellis*</u>
Michael J. Ellis
Assistant United States Attorney

Motion for Detention - 5